■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS BROWN, Appellant. [999 NYS2d 336]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about March 27, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.

■ DENISE COLEY, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [998 NYS2d 302]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered on or about January 17, 2014 which, insofar as appealed from as limited by the briefs, denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendant failed to establish its entitlement to judgment as a matter of law in this action where plaintiff was injured when she slipped and fell on ice in defendant's parking lot. Issues of fact exist concerning the sufficiency of defendant's snow and ice removal efforts, whether such efforts could have created or exacerbated the icy condition that caused plaintiff's fall, and whether defendant had notice of the condition (*see Sprague v Profoods Rest. Supply, LLC*, 77 AD3d 585 [1st Dept 2010]; *Lebron v Napa Realty Corp.*, 65 AD3d 436 [1st Dept 2009]). Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.